IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:13-1014-RBH |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CONRAD ANTHONY WILSON | ) | |

On October 14, 2014, this Court held a competency hearing and found by a preponderance of the evidence that the defendant is not competent to stand trial and is unlikely to be restored to competence. This Court accordingly ordered the defendant to be committed to the custody of the Bureau of Prisons for an evaluation pursuant to 18 U.S.C. § 4246(b).

The Court has been notified that a bed will not be available at FMC BUH until the week of December 22, 2014. (ECF No. 86)

The applicable statute provides that the court may commit the person to be examined to the custody of the Attorney General for a reasonable period not to exceed forty-five (45) days. 18 U.S.C. § 4247(b). The statute further provides for a thirty day extension of time on a showing of good cause that the additional time is necessary "to observe and evaluate the defendant." *Id*. The Court finds that good cause has been shown due to the fact a bed will not be available until the week of December 22, 2014.

Therefore, the Court extends the deadline for submission of the evaluation pursuant to 18 U.S.C. § 4246(b) to December 29, 2014.

IT IS SO ORDERED.

                                            s/R. Bryan Harwell
                                            R. Bryan Harwell
                                            UNITED STATES DISTRICT JUDGE

Florence, South Carolina
November 6, 2014

-3-